**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------ x

DANA RUTH LIXENBERG, *an individual*,

                Plaintiff,

-against-

DOES 1-10 and OATH INC.,

                Defendants.

------------------------------------ x

ORDER

20 Civ. 7176 (GBD) (RWL)

GEORGE B. DANIELS, District Judge:

The February 2, 2021 initial conference is hereby cancelled, in light of this Court's referral to Magistrate Judge Lehrburger for General Pretrial and Settlement.

Dated: January 26, 2021
      New York, New York

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE