UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------ x

DANA RUTH LIXENBERG, *an individual*,

                         Plaintiff,

      -against-

DOES 1-10 and OATH INC.,

                         Defendants.

------------------------------------ x

ORDER

20 Civ. 7176 (GBD) (RWL)

*USDC SDNY*
*DOCUMENT*
*ELECTRONICALLY FILED*
*DOC #:*
*DATE FILED: APR 26 2021*

GEORGE B. DANIELS, District Judge:

    In light of the Plaintiff's notice that the parties have reached a settlement on all issues in this matter, all conferences and deadlines previously scheduled are adjourned *sine die*. The parties shall submit a stipulation of dismissal or a status report within thirty (30) days of this order.

Dated: April 26, 2021
       New York, New York

                                             SO ORDERED.

                                             GEORGE B. DANIELS
                                             UNITED STATES DISTRICT JUDGE